UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MITCHELL L. CORDOVA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 5:18-cv-01708-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation (Dkt. 28), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $2,430.45 under 28 U.S.C. § 2412(d) subject to the terms of the above-referenced Stipulation.

Dated: October 22, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　United States Magistrate Judge